UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 2:14 CR 112 |
| ) | |
| TANDIKA JACKSON ) | |

## O R D E R

Pursuant to the Report and Recommendation of the United States Magistrate Judge dated June 26, 2019 (DE # 219), to which the parties have waived any objections (*id*.), the Magistrate Judge's findings and recommendations are now **ADOPTED**. Defendant is **ADJUDGED** to have committed the violations of supervised release described in the November 30, 2018, Petition (DE # 192). Defendant's term of supervised release is **REVOKED** and he is hereby committed to the United States Bureau of Prisons to serve a term of imprisonment of seven months.

**SO ORDERED.**

Date: June 27, 2019

s/ James T. Moody
JUDGE JAMES T. MOODY
UNITED STATES DISTRICT COURT